# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTUR EZHOV,<br><br>Petitioner,<br><br>v.<br><br>ADELANTO ICE PROCESSING CENTER DETENTION,<br><br>Respondent. | Case No. ED CV 26-2360 FMO (E)<br><br>**ORDER RE: FURTHER PROCEEDINGS** |

This action has been referred to the Magistrate Judge pursuant to General Order 05-07. On May 1, 2026, Artur Ezhov ("petitioner"), proceeding pro se, filed a Petition for Writ of Habeas Corpus ("Petition"), which was filed pursuant to 28 U.S.C. § 2241. Petitioner also filed an Ex Parte Motion for a Temporary Restraining ("TRO") Order ("Ex Parte Motion"). Based on the foregoing, IT IS ORDERED THAT:

1. Because the standards for granting a TRO and a preliminary injunction are the same, see Stuhlbarg Int'l Sales Co. v. John D. Brush & Co., 240 F.3d 832, 839 n. 7 (9th Cir. 2001), the Court will convert petitioner's Ex Parte Motion to a Motion for a Preliminary Injunction ("Dkt. 3, Motion").

2. The parties shall comply with the briefing schedule outlined in General Order 26-05 in briefing the Petition and the Motion. Respondent may file one combined response to the Petition

and Motion.  Similarly, petitioner may file one combined reply in support of the Petition and the Motion.

3.    Each party may file objections to the findings and recommendations made by the Magistrate Judge.  See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).  Given the nature of the relief sought in the Petition, the court finds that a shortened objection period is warranted here.  See United States v. Barney, 568 F.2d 134, 136 (9th Cir. 1978) (per curiam) (holding that a district court may shorten the time for filing objections where exigencies existed).  Accordingly, any objections to the Magistrate Judge's findings and recommendations must be filed within **three (3) calendar days** of the filing date of the Report and Recommendation.  Unless otherwise ordered, by this court or the Magistrate Judge, untimely objections will not be considered.

Dated this 11th day of May, 2026.

/s/
Fernando M. Olguin
United States District Judge