

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTUR EZHOV, | ) Case No. ED CV 26-2360 FMO (E) |
| Petitioner, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF MAGISTRATE** |
| ADELANTO ICE PROCESSING CENTER DETENTION, | ) **JUDGE** |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 15, "R&R"). Further, the court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  Accordingly, the court accepts and adopts the Magistrate Judge's Report and Recommendation, and **orders** as follows:

1.  The Magistrate Judge's findings, conclusions, and recommendations are accepted.

2.  The Petition for Writ of Habeas Corpus **(Document No. 1)** is **granted** as set forth in this Order.  The Petition is granted as to petitioner's procedural due process claim.

3.  Respondent shall release petitioner Artur Ezhov (A# 249-129-679) forthwith with all personal effects seized from petitioner, including all identification documents and immigration documentation. Respondent shall not imposes any release conditions (<u>e.g.</u>, electronic monitoring) on petitioner that were not in place prior to petitioner's arrest or detention in this case unless deemed necessary at a future pre-deprivation bond hearing.

4.  Respondent shall file with the court a Notice of Compliance within three (3) calendar days following the filing date of this Order.

5.  Respondent shall not re-detain petitioner absent at least seven (7) days individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before a neutral decisionmaker at which the government bears the burden of proving petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community.  If petitioner is again placed into detention in this District following proceedings in this case, respondent shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

6.  Petitioner's PI Motion and Motion for Leave to Amend **(Document Nos. 2 & 12)** are **denied as moot**.

7.  Judgment shall be entered accordingly.

Dated this 1st day of July, 2026.

/s/
_____
Fernando M. Olguin
United States District Judge
