JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTUR EZHOV, | Case No. ED CV 26-2360 FMO (E) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ADELANTO ICE PROCESSING CENTER DETENTION, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of Magistrate Judge, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Respondent shall release petitioner Artur Ezhov (A# 249-129-679) forthwith with all personal effects seized from petitioner, including all identification documents and immigration documentation. Respondent shall not impose any release conditions (e.g., electronic monitoring) on petitioner that were not in place prior to petitioner's arrest or detention in this case unless deemed necessary at a future pre-deprivation bond hearing.

2. Respondent shall file with the court a Notice of Compliance within three (3) calendar days following the filing date of this Order.

3. Respondent shall not re-detain petitioner absent at least seven (7) days individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before a neutral decisionmaker at which the government bears the burden of proving petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety

of any other person in the community.  If petitioner is again placed into detention in this District following proceedings in this case, respondent shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

4.   The court shall retain jurisdiction over this case to enforce compliance with this Judgment.

5.  The above-captioned action is dismissed without prejudice.

Dated this 1st day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge